# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### CENTRAL DIVISION

FILED
MAY - 1 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-30006 |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANT'S |
| MATTHEW DAVID STYMIEST, | * | MOTION TO SUPPRESS STATEMENTS |
| Defendant. | * | |

Defendant, Matthew David Stymiest, has filed a Motion to Suppress Statements, Docket No. 14. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the May 1, 2008 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be denied in all respects.

Dated this 1st day of May, 2008, at Pierre, South Dakota.

BY THE COURT:

_____
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

**ATTEST:**
**JOSEPH HAAS, CLERK**
BY: _____
            Deputy
**(SEAL)**

## NOTICE

**Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge.** See 28 U.S.C. § 636(b)(1).